UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRE A. MUNA VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON CAPITAL PARTNERS LLC,<br><br>Defendant. | Case No. 1:25-cv-00627-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 11) |

On November 25, 2025, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear their own attorney fees and costs. (ECF No. 11). Therefore, this action has been dismissed with prejudice and with each party to bear their own attorney fees and costs. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:    **December 1, 2025**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1